LINK: 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 14-CV-01142-GAF-(JEMx) | Date | March 7, 2014 |
|---|---|---|---|
| Title | Kevin Krivitsky v. American Bankers Insurance Company of Florida et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

None  None

**Proceedings:**   (In Chambers)

### ORDER TO SHOW CAUSE

  Plaintiff Kevin Krivitsky ("Plaintiff") filed this action in Los Angeles County Superior Court on January 2, 2014, against Defendants American Bankers, American Collections Insurance, Inc., and Does 1-50 (collectively, "Defendants"). (Docket No. 1, [Not. of Removal ("Not.")] at Ex. 1 [Compl.].) Defendant was served on January 13, 2014, (Not. ¶ 2), but did not remove the action to federal court until February 13, 2014. (Not.)

  Pursuant to 28 U.S.C. § 1446(b), the notice of removal of a civil action "shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ." 28 U.S.C. § 1446(b) (emphasis added). "If a notice of removal is filed after this thirty-day window, it is untimely and remand to state court is therefore appropriate." Babasa v. LensCrafters, Inc., 498 F.3d 972, 974 (9th Cir. 2007).

  Under section 1446(b)'s thirty-day rule, it appears that Defendant's removal of this action was one day late. Accordingly, Defendant is hereby **ORDERED TO SHOW CAUSE** by no later than **March 14, 2014**, why its removal petition was timely. Plaintiff is reminded that, should it wish to make a motion to remand this case based on untimely removal, such a motion must be filed within thirty days of the removal date. 28 U.S.C. § 1447(c).

  **IT IS SO ORDERED.**